UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

S.C. JOHNSON & SON, INC.,
a Wisconsin Corporation
1525 Howe Street
Racine, WI  53403

       Plaintiff,

    v.

               Case No. _____

HENKEL CORPORATION
One Henkel Way
Rocky Hill, CT  06067

       Defendant.

**EXHIBIT A: SAMPLE ADVERTISING**

41183741

**Exhibit A-1: Free-Standing Insert**



**Claims**: "Fits Airwick® and Glade® Scented Warmers*"

**Qualification**: "* For use in Renuzit ® (Model #s M292) Glade ® (Model #s SCJ168) and Airwick® (Model #s EDJ4) Air Fresheners."

- Glade® Model SCJ-168 refers to Glade's 2012 Warmer, as defined in the Complaint.

**Exhibit A-2: Stills from Video Available at Renuzit.com**
(https://www.renuzit.com/products/scented-oils) (last visited March 13, 2019)







**Full narration:** "Scented oils are great for adding fragrance to your home, but frustrating, because you're limited to refill fragrances that fit your warmer brand – until now.  Renuzit Scented Oils give you the freedom to find a new fragrance you love, without the extra investment of a new warmer.  **Our oil refills fit three of the top brands**.  So whether you're filling a Renuzit warmer, **a Glade® warmer**, or an Airwick® warmer, you can still try our new Sensitive Scents scented oils, or any of our home-enhancing fragrances and find the perfect fragrance fit for every room in your home.  Renuzit Scented Oils.  The perfect fit."

**Qualification:** Oral narration is unqualified.  Video contains fine print in some shots stating, "SEE OUR WEBSITE FOR WARMER FIT DETAILS."

- The Renuzit website (https://www.renuzit.com/products/scented-oils) provides:  "Renuzit Plug-In Refills universally fit in any Glade® or Air Wick® oil warming unit."

> Connect with the warming aromas of Renuzit Scented Oils. Instantly transform any ordinary outlet with this alluring aromatic that won't cramp your style. Renuzit Plug-In Refills universally fit in any Glade® or Air Wick® oil warming unit.*

- The "Renuzit® Scented Oils FAQs" page (https://www.renuzit.com/faqs#oils) further states:  "Q. Can Renuzit Scented Oils be used in other air freshener warmer units?  Yes, the Renuzit Oil Refills can be used in Glade®, Air Wick®, and Renuzit Scented Oil plug-in."

> Q. Can Renuzit Scented Oils be used in other air freshener warmer units?
> Yes, the Renuzit Oil Refills can be used in Glade® , Air Wick® , and Renuzit Scented Oil plug-in.

**Exhibit A-3: Product Packaging Examples**

 

**Claims:** "UNIVERSAL REFILL" / "FITS Glade®, Airwick®, and Renuzit® Scented Oil Air Fresheners."

41183741